judgment of separation was presented to the court and decided in *Whitney* v. *Whitney* [*post*, 851]. This separate appeal from the judgment is dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

VIRGINIA M. WHITNEY, Respondent, v. ARTHUR WHITNEY, Appellant. (Appeal No. 2.) — Order modifying judgment of separation, etc., affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

VIRGINIA M. WHITNEY, Respondent, v. ARTHUR WHITNEY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

FINN SANDBERG and EVAN L. SANDBERG, Respondents, v. GLOBE INDEMNITY COMPANY, Appellant.— Application denied, with ten dollars costs.

WILLIAM F. SCHWALB and GEORGE C. SCHWALB, Copartners, etc., Respondents, v. GREENLASH OPERATING CORPORATION and Another, Appellants.— Application denied, with ten dollars costs.

VINCENT CAMINITI, Respondent, v. M. P. SMITH & SONS COMPANY, Appellant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

JOHN G. CAVANAGH, Suing on Behalf of Himself and Other Stockholders, etc., Appellant, v. JOHN WALTERS and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

MILDRED COLONNA, Respondent, v. EQUITABLE SURETY COMPANY, Appellant.— Motion to open default denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

JACOB DUNN, Respondent, v. ALBERT BERMAN and ISAAC BERMAN, Appellants. — Motion to add cause to December calendar denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

JOHN FLANAGAN, Appellant, v. LILLIANNA HOLDING CORPORATION, Respondent. MARGARET J. BOYLE and Others, etc., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

FREDERICK J. GRACE, Appellant, Respondent, v. WILLIAM H. OLIVER, Respondent, Appellant.— Motion for reargument denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

FREDERICK J. GRACE, Appellant, Respondent, v. WILLIAM H. OLIVER, Respondent, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

HARDING PARK HOMES CO., INC., Respondent, v. SALADINO BUILDING CO., INC., and Others, Defendants. EAGLE INDEMNITY COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. The memorandum of this court reversing the order appealed from erroneously stated that the court was " without jurisdiction " to enter a judgment for deficiency. The words " without jurisdiction " were used inadvertently and through clerical error. What the court intended to state was that under the proof the court was not warranted in granting the deficiency judgment. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

FREDERICK H. HOWELL and Others, Copartners, etc., Respondents, v. GARRETT